**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WALGREEN CO.,

       Plaintiff,

v.

ABP PATENT HOLDINGS, LLC

       Defendant.

```
FILED
MARCH 25, 2008                    YM
08CV1726
```
Case No.:
```
JUDGE MORAN
MAGISTRATE JUDGE COLE
```

**PLAINTIFF WALGREEN CO.'S LOCAL RULE 3.2 DISCLOSURE**

Plaintiff Walgreen Co., by and through its undersigned attorneys, makes the following

disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court

for the Northern District of Illinois:

Walgreen Co. is an independent, publicly held company (NYSE: ABT) that has no parent

corporations and no publicly held company owns 5% or more of Walgreen Co.'s stock.

                       Respectfully submitted,

Dated:  March 25, 2008

                       /s/ John L. Abramic
                       Timothy J. Malloy
                       James R. Nuttall
                       John L. Abramic
                       McANDREWS, HELD & MALLOY, LTD.
                       500 West Madison Street, 34th Floor
                       Chicago, Illinois  60661
                       Telephone:  (312) 775-8000
                       Facsimile:  (312) 775-8100

                       **ATTORNEYS FOR PLAINTIFF,
                       WALGREEN CO.**