IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALGREEN CO., <br><br> Plaintiff, <br><br> v. <br><br> ABP PATENT HOLDINGS, LLC <br><br> Defendant. | Case No.: <br><br> FILED <br> MARCH 25, 2008        YM <br> 08CV1726 <br> JUDGE MORAN <br> MAGISTRATE JUDGE COLE |

NOTICE OF CLAIM INVOLVING
PATENTS PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Northern District of Illinois, Plaintiff Walgreen Co. gives notice to the Court that it has filed a declaratory judgment complaint of patent non-infringement, invalidity and unenforceability.  Plaintiff in this action is Walgreen Co., an Illinois corporation, having its headquarters and principal place of business at 200 Wilmet Road, Deerfield, Illinois.  The Defendant in this action is ABP Patent Holdings, LLC, a corporation organized and existing under the laws of the State of Florida having its principal place of business at 1827 Wright Dr., Port Orange, Florida.  This declaratory judgment action is brought for non-infringement, invalidity and unenforceability of United States Patent Nos. 5,642,906, 5,855,395, 6,036,231, 6,715,796 and 7,225,052.  The named inventors are Richard Foote and Richard Young.  Walgreen Co. provides this information pursuant to 35 U.S.C. § 290.

                                      Respectfully submitted,

Dated: March 25, 2008        /s/ John L. Abramic
                                      Timothy J. Malloy
                                      James R. Nuttall
                                      John L. Abramic
                                      McANDREWS, HELD & MALLOY, LTD.
                                      500 West Madison Street, 34th Floor
                                      Chicago, Illinois 60661
                                      Telephone: (312) 775-8000
                                      Facsimile: (312) 775-8100

                                      **ATTORNEYS FOR PLAINTIFF,**
                                      **WALGREEN CO.**