IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALGREEN CO., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ABP PATENT HOLDINGS, LLC <br><br>　　　　Defendant. | Case No.: 08-CV-1726 <br><br> Judge Moran <br><br> Magistrate Judge Cole |

## VOLUNTARY DISMISSAL BY PLAINTIFF

This Voluntary Dismissal without prejudice by Plaintiff Walgreen Co. is filed pursuant to Fed. R. Civ. P. 41(a)(1), which states that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs…." Plaintiff Walgreen Co. hereby files this voluntary notice of dismissal without prejudice prior to service of an answer or motion for summary judgment by Defendant ABP Patent Holdings, LLC.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  June 26, 2008　　　　　　　　/s/ James R. Nuttall
　　　　　　　　　　　　　　　　　　　　Timothy J. Malloy
　　　　　　　　　　　　　　　　　　　　James R. Nuttall
　　　　　　　　　　　　　　　　　　　　John L. Abramic
　　　　　　　　　　　　　　　　　　　　McANDREWS, HELD & MALLOY, LTD.
　　　　　　　　　　　　　　　　　　　　500 West Madison Street, 34th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois  60661
　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 775-8000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 775-8100

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF,**
　　　　　　　　　　　　　　　　　　　　**WALGREEN CO.**