UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Walgreen Co.

                        Plaintiff,

v.                                         Case No.: 1:08−cv−01726
                                                     Honorable James B. Moran

ABP Patent Holdings, LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable James B. Moran:Status hearing held on 6/24/2008. Pursuant to voluntary dismissal, case is dismissed without prejudice pursuant to Fed.R.Civ.P.41(a)(1). Civil case terminated. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.